# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JERON LOTT,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. C13-1531-TSZ<br><br>ORDER DISMISSING CASE |

The Court, after careful consideration of the Report and Recommendation of the Honorable James P. Donohue, docket no. 22, to which no objection was timely filed, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 22nd day of April, 2014.

*/s/ Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING CASE
PAGE - 1